

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-6-2015

# In Re: Donald Jackman, Jr.

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"In Re: Donald Jackman, Jr." (2015). *2015 Decisions*. Paper 145.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/145

This February is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

BLD-103                                                                 **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-4721
_____

IN RE:  DONALD G. JACKMAN, JR.,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 1-14-cv-01799)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 5, 2015
Before:  AMBRO, JORDAN and KRAUSE, Circuit Judges

(Opinion filed February 6, 2015)
_____

OPINION*
_____

PER CURIAM

    Petitioner, Donald G. Jackman, Jr., filed a petition for a writ of mandamus on

December 15, 2014, asking us to order the District Court to render a decision on his

petition for writ of habeas corpus and his subsequent motion for summary judgment.  By

order entered on January 7, 2015, the District Court dismissed Jackman's petition for writ

of habeas corpus and denied his motion for summary judgment as moot.  Because

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

Jackman has received the relief he requested in his mandamus petition,[1] we will dismiss the petition as moot.  See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).

---

[1] Jackman transmitted to the Court a copy of his motion to alter or amend judgment in the habeas case and requested that we review documents submitted in his direct criminal appeal.  None of those documents affect the outcome of this mandamus action.